IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Rose L

Printed: 10/22/08

Case Number: 08 B 11314
Judge: Wedoff, Eugene R
Filed: 5/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|   | Receipts | Disbursements |
|---|---|---|
|   | 785.00 |   |
| Secured: |   | 200.00 |
| Unsecured: |   | 0.00 |
| Priority: |   | 0.00 |
| Administrative: |   | 0.00 |
| Trustee Fee: |   | 13.90 |
| Other Funds: |   | 571.10 |
| Totals: | 785.00 | 785.00 |

## DISBURSEMENT DETAIL

|   | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 2. | TCF Bank | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 631.00 | 0.00 |
| 4. | GMAC Auto Financing | Secured | 24,590.82 | 200.00 |
| 5. | City Of Chicago | Secured | 73.00 | 0.00 |
| 6. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 6,000.00 | 0.00 |
| 7. | TCF Bank | Secured | 1,200.00 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 29.81 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 139.41 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 38.17 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 1,364.71 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 12.25 | 0.00 |
| 13. | Commercial Recovery Corp | Unsecured |   | No Claim Filed |
| 14. | Alliant Law Group | Unsecured |   | No Claim Filed |
| 15. | Allied Cash Advance | Unsecured |   | No Claim Filed |
| 16. | Check N Go | Unsecured |   | No Claim Filed |
| 17. | Baron's Creditor Svc | Unsecured |   | No Claim Filed |
| 18. | Sun Cash | Unsecured |   | No Claim Filed |
| 19. | Medical Collections | Unsecured |   | No Claim Filed |
| 20. | Davenport Community School District | Unsecured |   | No Claim Filed |
| 21. | NAFS Of Canada | Unsecured |   | No Claim Filed |
| 22. | Comcast | Unsecured |   | No Claim Filed |
| 23. | Meskwaki Casino Hotel | Unsecured |   | No Claim Filed |
| 24. | One Iron Ventures | Unsecured |   | No Claim Filed |
| 25. | Uptown Cash | Unsecured |   | No Claim Filed |
| 26. | Chase Bank | Unsecured |   | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jackson, Rose L

Printed: 10/22/08

Case Number: 08 B 11314
Judge: Wedoff, Eugene R
Filed: 5/5/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Payday Loan | Unsecured | | No Claim Filed |
| 28. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 29. Credit Collection | Unsecured | | No Claim Filed |
| 30. TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| | | $ 34,079.17 | $ 200.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.90 |
| | $ 13.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

